FILED
March 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002480211

**ATTORNEY DEBT SOLUTIONS** PC

Chad M. Johnson, SBN: 232417
Joseph Feist, SBN: 249447
Mark Shmorgon, SBN: 255939
25 Cadillac Dr., Suite 200
Sacramento, CA 95825
Tel: (916) 979-6100
Fax: (916) 979-6120

Attorneys for Debtors
DMITRIY DAVIDOVICH DUSHKOV

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DMITRIY DAVIDOVICH DUSHKOV,<br><br>Debtor. | Case No.: 10-24014-A-7<br><br>Chapter 7<br><br>DCN: ADS - 01<br><br>MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTOR'S BUSINESS AS ASSET OF ESTATE [11 USCS § 554(b), 721]<br><br>Date: April 12, 2010<br>Time: 9:00 a.m.<br>Courtroom: 28, 7th Floor<br>Honorable Judge Michael S. McManus |

**MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTORS' BUSINESS AS AN ASSET OF THE ESTATE**

NTC and MTN to Compel Abandonment; Points and Authorities

3

Debtor DMITRIY DAVIDOVICH DUSHKOV, by and through his attorney of record Mark Shmorgon, will and hereby does bring a Motion to Compel Trustee to Abandon The Estate's Interest in Debtors' Business ("Motion") pursuant to 11 U.S.C.S. §§554(b) and 721 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6007(b).

By this motion Debtor requests that the Court enter an order compelling the Chapter 7 Trustee to abandon the bankruptcy estate's interest in Debtor's business on the following grounds:

1. Debtor's business does not possess or own any assets that might be liquidated for value to benefit creditors and is therefore of inconsequential benefit to the estate, and;

2. The retention and operation of the business by the Trustee would be burdensome and costly to the estate and the creditors thereof.

Said grounds will be supported by this notice of motion, by the motion filed herewith, by the pleadings and papers on file in this bankruptcy case, memorandum of points and authorities herein, declaration in support of this motion and exhibits, if any, filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

ATTORNEY DEBT SOLUTIONS, PC

Dated: 3/12/16

By: _____
Mark Shmorgon
Attorney for Debtors